PAUL M. WARNER, United States Attorney (No. 3389)
ROBERT A. LUND, Assistant United States Attorney (#9579)
Attorneys for the United States of America
185 South State Street, Suite 400
Salt Lake City, Utah  84111
Telephone:  (801) 524-5682

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| UNITED STATES OF AMERICA, | : | Case No **2:02 CR 0708 PGC** |
|---|---|---|
| Plaintiff, | : | |
| | | I N D I C T M E N T |
| v. | : | |
| | | VIO. 21 U.S.C. § 841(a)(1), |
| WELDON H. ANGELOS, | : | Distribution of Marijuana; 18 U.S.C. § 924 (c)(1), |
| Defendant. | : | Possession of a firearm in furtherance of a drug |
| | : | trafficking crime; 18 U.S.C. § 922(j), Possession of a Stolen Firearm; 18 U.S.C. § 922(k), Possession of a Firearm with a Removed Serial Number. |

The Grand Jury charges:

## COUNT I

On or about May 21, 2002, in the Central Division of the District of Utah,

**WELDON H. ANGELOS,**

defendant herein, did knowingly and intentionally distribute marijuana, a Schedule I controlled substance; all in violation of 21 U.S.C. § 841(a)(1).

1

## COUNT II

On or about May 21, 2002, in the Central Division of the District of Utah,

**WELDON H. ANGELOS,**

the defendant herein, during, in relation to, and in furtherance of a drug trafficking crime; to wit: distribution of marijuana as alleged in Count I of this indictment, which Count is incorporated herein, knowingly carried and possessed a firearm, to wit: a 10mm Glock pistol; all in violation of 18 U.S.C. § 924(c)(1).

## COUNT III

On or about June 6, 2002, in the Central Division of the District of Utah,

**WELDON H. ANGELOS,**

defendant herein, did knowingly and intentionally distribute marijuana, a Schedule I controlled substance; all in violation of 21 U.S.C. § 841(a)(1).

## COUNT IV

On or about June 18, 2002, in the Central Division of the District of Utah,

**WELDON H. ANGELOS,**

defendant herein, did knowingly and intentionally distribute marijuana, a Schedule I controlled substance; all in violation of 21 U.S.C. § 841(a)(1).

## COUNT V

On or about July 11, 2002, in the Central Division of the District of Utah,

**WELDON H. ANGELOS,**

the defendant herein, did knowingly possess and receive a stolen firearm in and affecting interstate commerce knowing and having reasonable cause to believe that the firearm was stolen, to wit: a 10mm Glock pistol; all in violation of 18 U.S.C. 922(j).

## COUNT VI

On or about July 11, 2002, in the Central Division of the District of Utah,

**WELDON H. ANGELOS,**

the defendant herein, did knowingly possess and receive a firearm which had the importer's and manufacturer's serial number removed, obliterated and altered, and which had been shipped or transported in interstate commerce; to wit: a 10mm Glock pistol; all in violation of 18 U.S.C. § 922(k).

A TRUE BILL:

_____
FOREPERSON of the GRAND JURY

PAUL M. WARNER
United States Attorney

_____
ROBERT A. LUND
Assistant United States Attorney